**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONALD THUL, JR.,

                    Plaintiff,

          v.

NOVARTIS PHARMACEUTICALS
CORPORATION,
                    Defendant.

Civil Action No.:  1:08-cv-02340

**DEFENDANT'S DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1.      Parent Companies:

        (a) Novartis Finance Corporation, a New York corporation;

        (b) Novartis Corporation, a New York corporation;

        (c) Novartis Holding, AG, a Swiss company; and

        (d) Novartis AG, a Swiss company, whose American Depository Shares are publicly traded on the New York Stock Exchange.

2.      Publicly held companies owning more than 10% of NPC stock:

        (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  March 31, 2008                              Respectfully submitted,


                                                    s/ Ethan D. Stein
                                                    Ethan D. Stein (ES-7130)
                                                    EStein@gibbonslaw.com
                                                    Diane E. Lifton (DL-9673)
                                                    GIBBONS P.C.
                                                    A Professional Corporation
                                                    One Pennsylvania Plaza, 37th Floor
                                                    New York, NY 10119-3701
                                                    Phone: 212-613-2000
                                                    Fax: 212-333-5980
                                                    *Counsel for Defendant Novartis
                                                    Pharmaceuticals Corporation*

                                                    *Of counsel:*
                                                    Joe G. Hollingsworth
                                                    Katharine R. Latimer
                                                    Robert E. Johnston
                                                    SPRIGGS & HOLLINGSWORTH
                                                    1350 I Street, NW, Ninth Floor
                                                    Washington, D.C.  20005
                                                    Phone:  (202) 898-5800
                                                    Fax:  (202) 682-1639

17

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, the Defendant's Disclosure Statement was filed

with the Clerk of the Court and served in accordance with the Southern District's Rules on

Electronic Service upon the following parties and participants:

> Daniel A. Osborn, Esq.
> Russel H. Beatie, Esq.
> Philip J. Miller, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY 10175

I further certify that on March 31, 2008, I served a true and correct copy of the foregoing

Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

The Powell Law Firm, L.C.                    The Offices of Jeffrey C. Bogert
269 South Beverly Drive                      501 Colorado Boulevard
Suite 1156                                   Suite 208
Beverly Hills, CA 90212                      Santa Monica, CA 90401

s/ Ethan D. Stein
Ethan D. Stein

18